# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00694-CV

**Mahnaz Smith, Appellant**

**v.**

**Jeff Lancaster, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-22-003205, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 24, 2023.  On April 5, 2023, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by April 17, 2023, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed:  May 4, 2023